IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STEPHEN W. NORFOLK and<br>BRANDY M. NORFOLK, | ) <br> ) <br> ) | Case No. 3:17-cv-204 <br><br> JUDGE KIM R. GIBSON |
| Plaintiffs, | ) <br> ) | |
| v. | ) <br> ) | |
| THE GEO GROUP, INC., d/b/a<br>MOSHANNON VALLEY<br>CORRECTIONAL CENTER, | ) <br> ) <br> ) <br> ) | |
| Defendant. | ) | |

## VERDICT SLIP

**Question 1:**

Do you find by a preponderance of the evidence that Plaintiff Stephen W. Norfolk proved that Defendant The Geo Group, Inc. doing business as Moshannon Valley Correctional Center discriminated against him because of his race in violation of federal and Pennsylvania civil rights statutes?  Please answer:

Yes _X_      No ___

**Question 2:**

Do you find by a preponderance of the evidence that Plaintiff Stephen W. Norfolk proved that Defendant The Geo Group, Inc. doing business as Moshannon Valley Correctional Center subjected Stephen W. Norfolk to a hostile work environment because of his race in violation of federal and Pennsylvania civil rights statutes?  Please answer:

Yes _X_      No ___

1

**Question 3**:

Do you find by a preponderance of the evidence that Plaintiff Stephen W. Norfolk proved that Defendant The Geo Group, Inc. doing business as Moshannon Valley Correctional Center retaliated against Stephen W. Norfolk because he complained of racial discrimination and/or racial harassment and/or because he filed a Charge of Discrimination with the Equal Employment Opportunity Commission in violation of federal and Pennsylvania civil rights statutes? Please answer:

Yes X            No___

- If you answered "yes" to Question 1, **and/or** Question 2, **and/or** Question 3, proceed to Question 4.

- If you answered "no" to Question 1, Question 2, **and** Question 3, proceed to Question 7.

**Question 4**:

Please state the amount that will fairly compensate Plaintiff Stephen W. Norfolk for any injury he sustained as a result of Defendant The Geo Group, Inc. doing business as Moshannon Valley Correctional Center's conduct.

Back Pay                         $ 275,000 ~~x~~

Front Pay:                       $ 0

Compensatory Damages:            $ 250,000

- If you answered "$0" to "Back Pay," "Front Pay," **and** "Compensatory Damages" in Question 4, proceed to Question 5.

- Otherwise, proceed to Question 6.

**Question 5**:

Nominal Damages. Because we answered "$0" to Question 4, we award Plaintiff Stephen W. Norfolk $1.00 in nominal damages. (Please only answer this question if your answers in Question 4 to "Back Pay," "Front Pay," and "Compensatory Damages" are all "$0." If any of the answers in Question 4 is a dollar value other than "$0," do not answer this question.) Please answer:

Yes___

**Question 6**:

If you find that Defendant The Geo Group, Inc. doing business as Moshannon Valley Correctional Center's actions toward Stephen W. Norfolk were malicious or showed reckless indifference to Stephen W. Norfolk's legal rights you may assess punitive damages against Defendant The Geo Group, Inc. doing business as Moshannon Valley Correctional Center.

Punitive Damages: $ 400,000 _____ (if none, write "none")

- Proceed to Question 7.

**Question 7**:

Do you find by a preponderance of the evidence that Brandy M. Norfolk proved that Defendant The Geo Group, Inc. doing business as Moshannon Valley Correctional Center retaliated against Brandy M. Norfolk because Stephen W. Norfolk complained of racial discrimination and/or racial harassment and/or because Stephen W. Norfolk filed a Charge of Discrimination with the Equal Employment Opportunity Commission in violation of federal and Pennsylvania civil rights statutes.  Please answer:

Yes<u>_X_</u>    No___

- If you answered "yes" to Question 7, proceed to Question 8.

- If you answered "no" to Question 7, you have completed your deliberations. Please sign the juror signature page and inform the bailiff that you have completed your deliberations.

**Question 8**:

Please state the amount that will fairly Compensate Plaintiff Brandy M. Norfolk for any injury she sustained as a result of Defendant The Geo Group, Inc. doing business as Moshannon Valley Correctional Center's conduct.

Back Pay             $ 385,000

Front Pay:           $ 750,000

Compensatory Damages:   $ 500,000

- If you answered "$0" to "Back Pay," "Front Pay," **and** "Compensatory Damages" in Question 8, proceed to Question 9.

- Otherwise, proceed to Question 10.

**Question 9**:

Nominal Damages. Because we answered "$0" to Question 8, we award Plaintiff Brandy M. Norfolk $1.00 in nominal damages. (Please only answer this question if your answer in Question 8 to "Back Pay," "Front Pay," and "Compensatory Damages" are all "$0." If any of the answers in Question 8 is a dollar value other than "$0," do not answer this question.). Please answer:

Yes___

**Question 10**:

If you find that Geo's actions toward Brandy M. Norfolk were malicious or showed reckless indifference to Brandy M. Norfolk's legal rights you may assess punitive damages against Defendant The Geo Group, Inc. doing business as Moshannon Valley Correctional Center.

Punitive Damages: $ 1,000,000 _____ (if none, write "none")

5

**YOU HAVE COMPLETED YOUR DELIBERATIONS.   PLEASE SIGN THE JUROR SIGNATURE PAGE AND INFORM THE BAILIFF THAT YOU HAVE COMPLETED YOUR DELIBERATIONS.**

JUROR SIGNATURE PAGE

Date: July 30, 2021

Signed: _Jennifer Bopp_ (Jury Foreperson)

_Kelli Murphy_

_Don Crotin_

_Michelle Clayck_

_Darcee Dahl_

_Sharon Farner_

_Julie Kbl_

_Alton F. Chamberlain III_

_[illegible signature]_

_Mary Weigle_

_[illegible] C. W[illegible]_

_Duane G. Miller_

7